# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| AHMED SALAH HASSAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | 4:16-cv-01954-AKK-JEO |
| JEH CHARLES JOHNSON, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

On December 5, 2016, Ahmed Salah Hassan filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. At the time he filed his petition, Hassan, a native of Somalia, was incarcerated at the Etowah County Detention Center, in the custody of the Bureau of Immigration and Customs Enforcement ("ICE"). In his petition, Hassan alleged that he was being illegally detained by ICE pending his deportation to Somalia. *See generally id.*

On January 24, 2017, Hassan was released from ICE custody and removed from the United States to Somalia. *See* docs. 10 & 10-1. Respondents have filed a motion to dismiss the action as moot, since Hassan is no longer in ICE custody. Doc. 10.

After consideration of the record in this case and respondents' motion to dismiss, the court finds that Hassan's removal to Somalia has rendered his habeas

corpus petition moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) (citations omitted); *Soliman v. U.S. ex rel. INS*, 296 F.3d 1237, 1243 (11th Cir. 2002). Moreover, the court finds that no exceptions to the mootness doctrine apply in this case. *See Carafas v. LaVallee*, 391 U.S. 234, 237 (1968); *Murphy v. Hunt*, 455 U.S. 478, 482 (1982). Therefore, because there is no longer any relief that can be granted to Hassan, his petition is due to be dismissed as moot. The court will enter a final judgment in accordance with this Memorandum Opinion.

**DONE** the 3rd day of May, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE